RE SUSPENSION OF CREDENTIALS OF CERTIFIED AND REGISTERED COURTROOM INTERPRETERS
2023 OK 16
Decided: 02/21/2023
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2023 OK 16, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Suspension of Credentials of Certified and Registered Courtroom
ORDER
The Oklahoma Board of Examiners of Certified Courtroom Interpreters has recommended to the Supreme Court of the State of Oklahoma the suspension of the credentials of each of the Oklahoma Registered Courtroom Interpreters listed on the attached Exhibit for failure to comply with the annual renewal requirements for 2023.
Pursuant to 20 O.S., Chapter 23, App. II, Rule 18(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date.
IT IS THEREFORE ORDERED that the credentials of each of the interpreters named on the attached Exhibit is hereby suspended effective February 21, 2023.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 21ST day of FEBRUARY, 2023.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.
Exhibit A

Name

Reason

Gisele Jones

2023 Renewal Fees

Monique Joseph

2022 Continuing Education 
and 2023 Renewal Fees

Manuel Munoz Maldonado

2022 Continuing Education

Thao Nguyen-Pham

2022 Continuing Education

Annette Salinas

2023 Renewal Fees